IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 OCT 30 AM 9: 01
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
OCT 3 0 1998

COMMERCIAL MONEY CENTER, INC.,  )
                                )
        Plaintiff,              )
                                )
v.                              )   CIVIL ACTION NUMBER:
                                )   CV-98-C-0506-S
HOLSOMBECK MOTORS, INC.,        )
REGINA HOLSOMBECK HAMILTON,     )
and TERRY HAMILTON,             )
                                )
        Defendants.             )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR DEFAULT JUDGMENT AGAINST REGINA HOLSOMBECK AND HOLSOMBECK MOTORS, INC.

Based on plaintiffs' verified Motion for Default, the Court makes the following Findings of Fact.

1. Plaintiff Commercial Money Center, Inc. filed a Complaint in this action on March 3, 1998.

2. More than twenty (20) days have elapsed since the Defendants Holsombeck Motors, Inc., Regina Holsombeck Hamilton, and Terry Hamilton, were served with process, and they have failed to answer or otherwise respond to the Complaint.

3. The Court previously entered a Default Judgment against these Defendants on April 4, 1998.

4. The original Default Judgment was set aside on June 9, 1998.

3. Defendants are not in the Armed Forces of the United States and are neither infants nor incompetent persons.

23

Based on these Findings, the Court concludes that Regina Holsombeck has defaulted.

DONE this 30th day of October, 1998.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON